# Tri-Light Electric Co., *et als. v.* Brokaw & Co.

*Assumpsit.*

(Decided Dec. 21, 1905, 39 So. Rep. 1028.)

APPEAL from Birmingham City Court.
Heard before Hon. CHAS. A. SENN.

AUGUSTUS BENNERS, for appellant.

STERLING A. WOOD, for appellee.

ANDERSON, J.—Affirmed on the facts.

TYSON, SIMPSON & DENSON, JJ., concur.

---

# Town of Fayette *v.* Propst.

*Assumpsit.*

(Decided Jan. 18, 1906, 39 So. Rep. 1028.)

APPEAL from Fayette Circuit Court.
Heard before Hon. S. H. SPROTT.

No counsel marked for either party.

PER CURIAM. Affirmed on certificate.

---

# Williams, *et al. v.* Clay, *et al.*

*Assumpsit.*

(Decided Dec. 20, 1905, 39 So. Rep. 1028.)

APPEAL from Jackson Chancery Court.
Heard before Hon. W. H. SIMPSON.

TATE & WALKER, for appellant.

VIRGIL BOULDEN, for appellee.

PER CURIAM. Dismissed on motion.